IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAUDIA INGLE,<br><br>         Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>         Defendant. | Civil No. 16-cv-1148-JGP-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Claudia Ingle and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

      **DATED:** April 19, 2017

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY:** <u>*s/Tina Gray*</u>
                                                 **Deputy Clerk**

**Approved:**   <u>s/ J. Phil Gilbert</u>
                    **J. Phil Gilbert**
                    **U.S. District Judge**